

FILED

MAR 24 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Tara Ward
1124 E Ridgewood St
Long Beach, CA 90807
805-416-9814
Pro Se DebtOr

UNIITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA    LOS ANGELES DIVISION

In re;

Tara Charisse Ward

                Debtor

Case No:    2;26-bk-11209-VZ

Chapter;    13

Emergency Motion to Stay Order
Granting Relief from Stay and
Request for Immediate Consideration

To the Honorable Judge Vincent Zurzolom United States Bankruptcy Judge:

Debtor, Tara Charisse Ward, respectfully requests that the Court stay its order granting relief from stay.

Debtor was present at fhe courthouse nut missed the hearing due to a mistaken belief that the hearing time was 11;00am instead of 10;00am.

Debtor has filed a chapter 13 plan, has stable income, and is prepared to perform under the plan.

Debtor also filed an emergency motion to impose the automatic stay and was prepared to present arguements in goodfaith.

A foreclosure sale is scheduled for tomorrow morning, and without a stay, Debtor will suffer irreparable harm, including loss of her primary residence where she resides with her dependents.

Debtor has contacted the movant to request a temporary postponement of the foreclosure sale.

Debtor respectfully requests that the court temporarily stay the order granting relief from stay and allow Debtor to be heard.

Date;  March 24, 2025 _____          Tara Charisse Ward
                           Signature                    Pro Se Debtor
PLEADING TITLE - 1