Attorney or Party Name, Address, Telephone & FAX
Numbers, State Bar Number & Email Address
Tara Charisse Ward
1124 E Ridgewood St
Long Beach, CA 90807
ph. 805-416-9814

FOR COURT USE ONLY

**FILED**

MAR 2 4 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

[X] Debtor appearing without attorney
[ ] Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

In re:

Tara Charisse Ward

CASE NUMBER: 2:26-bk-11209-VZ

CHAPTER 13

### DEBTOR'S NOTICE OF
### (1) 11 U.S.C. SECTION 341(a) MEETING
### OF CREDITORS, AND (2) HEARING ON
### CONFIRMATION OF CHAPTER 13 PLAN,
### WITH COPY OF CHAPTER 13 PLAN

**11 U.S.C. SECTION 341(a) MEETING OF CREDITORS:**
DATE: 03/19/2026
TIME: 10:00 am

**PLAN CONFIRMATION HEARING:**
DATE: 09/14/2026
TIME: 10:00 am

**DEADLINE FOR OBJECTIONS TO PLAN*:** 05/18/2026

(*Debtor(s) must give at least 21 days' notice of response deadline and 35 days' notice of confirmation hearing. This notice initially must be served at least 14 days before the date first set for the Section 341(a) meeting. FRBP 2002(a)(9)&(b)(3), 3015(f), LBR 3015-1(b)(3), (d)(1) & (g)(1).)

Debtor(s).

## NOTICE TO ALL CREDITORS AND OTHER INTERESTED PARTIES:

1. Debtor will seek approval of the attached Chapter 13 Plan (Plan) at the Plan confirmation hearing listed above.

2. Any proposed modification of secured claims in the Plan will be by separate motion using LBR Form F 4003-2.4.JR.LIEN.MOTION, F 4003-2.1.AVOID.LIEN.RP.MOTION or F 4003-2.2.AVOID.LIEN.PP.MOTION as applicable.

3. Debtor and Attorney for Debtor are required to appear at the 11 U.S.C. Section 341(a) meeting of creditors; and all other interested parties are invited, but not required, to attend.

4. You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code. "FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017

**F 3015-1.02.NOTICE.341.CNFRM**

**SECTION 341(A) MEETING LOCATION:**

☐ 915 Wilshire Boulevard, 10th Floor, Room 1, Los Angeles, CA

☐ 411 West Fourth Street, 1st Floor, Room 1-154, Santa Ana, CA

☐ 21041 Burbank Boulevard, 1st Floor, Suite 100, Woodland Hills, CA

☐ 1415 State Street, 1st Floor, Room 148, Santa Barbara, CA

☐ 3801 University Avenue, 1st Floor, Room 148, Riverside, CA

**PLAN CONFIRMATION HEARING LOCATION:**

☒ 255 East Temple Street, Los Angeles, CA

☐ 21041 Burbank Boulevard, Woodland Hills, CA

☐ 3420 Twelfth Street, Riverside, CA

Courtroom: 1368 ____ Floor: 13 ____

☐ 411 West Fourth Street, Santa Ana, CA
☐ 1415 State Street, Santa Barbara, CA

**OBJECTIONS TO PLAN:** If you object to the confirmation of the Plan, you must file your objection in writing with the court and serve a copy of it on Debtor, Attorney for Debtor, and the Chapter 13 Trustee before the Plan objection deadline stated above. Unless you timely file a written objection to the Plan and appear at the confirmation hearing, the court may treat your failure to do so as a forfeiture or waiver of your right to object to the plan, and may approve the Plan.

**APPEARANCES OF DEBTOR AND ATTORNEY FOR DEBTOR ARE REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE PLAN CONFIRMATION HEARING.** If the Chapter 13 Trustee determines at the Section 341(a) meeting that the case is ready for Plan confirmation, the Chapter 13 trustee may, but is not required to, stipulate that Debtor and counsel are excused from appearance at the Plan confirmation hearing (if the assigned judge permits the Chapter 13 Trustee to waive appearances). If the Chapter 13 Trustee determines at the Section 341(a) meeting that the Plan is NOT ready for confirmation, the Chapter 13 Trustee may, but is not required to, continue the Section 341(a) meeting and/or to request the court to continue the Plan confirmation hearing to a later date. **Unexcused failure of Debtor to appear at either the Section 341(a) meeting or the Plan confirmation hearing may result in dismissal of the case.** The dismissal order may include a **prohibition on being a debtor in any bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g), or other remedies pursuant to applicable law.**

Date ____ 02/2026 ____

_____
Signature of Debtor or Attorney for Debtor

_____
Print name of law firm (if applicable)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017

F 3015-1.02.NOTICE.341.CNFRM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1124 E Ridgewood ST, Long Beach, CA 90807

A true and correct copy of the foregoing document entitled: DEBTOR'S NOTICE OF (1) 11 U.S.C. SECTION 341(a) MEETING OF CREDITORS, AND (2) HEARING ON CONFIRMATION OF CHAPTER 13 PLAN, WITH COPY OF CHAPTER 13 PLAN will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 03/10/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) 03/10/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chapter 13 Trustee
Kathy A. Dunn
1000 Wilshire Blvd Suite 870
Los Angeles, CA 90017

Prestige Default Services Inc.
1920 Old Tustin Ave
Santa Ana, CA 92705

Fenping Wang
c/o Scheer Law Group LLP
155 N Redwood Dr Suite 100
San Rafael, CA  94903

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 03/10/2026 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

03/10/2026  Tara Ward  _____
Date   Printed Name   Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017

**F 3015-1.02.NOTICE.341.CNFRM**